# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOEL V. LARSON & MARY N. LARSON  
5417 BENNETT STREET, #10  
LOVES PARK, IL 61111  

SSN-xxx-xx-5968 & xxx-xx-0242

Case Number: 06-72197

Case filed on: 11/21/2006  
Plan Confirmed on: 3/5/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,400.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 1,394.99 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,394.99 | 0.00 |
| 999 | JOEL V. LARSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FIVE & DRIVE AUTO SALES INC | 8,800.00 | 8,800.00 | 1,796.56 | 0.00 |
|  | Total Secured | 8,800.00 | 8,800.00 | 1,796.56 | 0.00 |
| 002 | ACCOUNT RECOVERY SERVICES | 198.00 | 198.00 | 0.00 | 0.00 |
| 003 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIANCE ONE RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAN RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ASSOCIATED BUSINESS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ATTORNEY TERRY HOSS & | 129.80 | 129.80 | 0.00 | 0.00 |
| 011 | AUTOMATED ACCOUNTS MANAGEMENT SERV | 1,394.50 | 1,394.50 | 0.00 | 0.00 |
| 012 | C.J.S CUSTOM CUTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAL CARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FASHION BUG | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | K-MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NICOR GAS | 618.36 | 618.36 | 0.00 | 0.00 |
| 019 | OWEN PLUMBING & HEATING CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 980.10 | 980.10 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SCHNUCKS MARKETS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | TRAC-A-CHEC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | WAL-MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WONDERSPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CAPITAL ONE | 1,048.02 | 1,048.02 | 0.00 | 0.00 |
| 030 | CAPITAL ONE | 694.68 | 694.68 | 0.00 | 0.00 |
| 031 | ATTORNEY TERRY HOSS & | 68.50 | 68.50 | 0.00 | 0.00 |
| 032 | ATTORNEY TERRY HOSS & | 72.00 | 72.00 | 0.00 | 0.00 |
| 033 | PALISADES COLLECTION LLC/VERIZON | 55.69 | 55.69 | 0.00 | 0.00 |
| 034 | MUTUAL MANAGEMENT SERVICES | 1,123.99 | 1,123.99 | 0.00 | 0.00 |
| 035 | JEFFERSON CAPITAL SYSTEMS, LLC | 801.95 | 801.95 | 0.00 | 0.00 |
|  | Total Unsecured | 7,185.59 | 7,185.59 | 0.00 | 0.00 |
|  | Grand Total: | 18,985.59 | 18,985.59 | 3,191.55 | 0.00 |

Total Paid Claimant: $3,191.55  
Trustee Allowance: $208.45  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                By  /s/Heather M. Fagan